EXECUTED AT:
FLORENCE MCCLURE WOMENS CORRECTIONAL CENTER
4370 Smiley Road
North Las Vegas, NV 89115

TO: Federal Court House - District Court
333 Las Vegas Blvd South
Las Vegas NV 89101

FROM INMATE: Miranda L Williams    NDOC#: 108-9559
DOB: 04/01/1976    SSN: 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
CASE # 2:04-CR-00365-PMP-LRL

The Nevada Department of Corrections supplies the following information:

1) DATE of INCARCERATION: 11-09-11
2) LEGNTH OF INCARCERATION: 12-30 MOS
3) EXPIRATION OF SENTENCE: 03-23-13
4) PAROLE ELIGIBILITY DATE: 06-16-12

Said information is verified by the **Case Worker**.

_____    Date: _____
Signature of Verifying Correctional Case Woker

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury.

I declare, under the penalty of perjury under the laws of the United States of America, that the above and/or foregoing information is accurate, correct and true to the best of my knowledge executed within the terms of NRS 171.102 and NRS 208.165. See 28 U.S.C. 1746 and 18 U.S.C. 1621.

Dated this 21 day of August, 20 12

Miranda Williams              1089559
Signature                      NDOC#

Miranda L Williams
Print Name

NRS 171.102 (2) Declaration made subject to penalty of perjury.
NRS 208.165 A prisoner may execute any instrument by signing his name immediately following a declaration "under penalty of perjury" with the same legal effect as if he had acknowledged it or sworn to its truth before a person authorized to administer oaths. As used in this section, "prisoner" means a person confined in any jail or prison, or any facility for the detention of juvenile offenders, in this state.

Page 1 of 1

1  Miranda L. Williams
   Florence McClure Womens Correctional Center
2  4370 Smiley Road
   Las Vegas, NV 89115
3           United States District Court
4           District of Nevada

5  In the matter of:
6  United States of America               Case No.: 2:04-CR-00365-PMP
   Plaintiff/Petitioner
7  Miranda L. Williams                    Dept No.: Floor 7
   Defendant/Respondent
8

9
10            Final Disposition
11  The agreement on Detainers NRS 178.620 is set forth
12  to resolve any detainers lodged based on untried
13  indictments, informations, complaints, and difficulties
14  securing a speedy trial of persons already incarcerated.
15       Detainers ultimately produce uncertainties
16  which obstruct programs of prisoners treatment,
17  rehabilitation, housing, and custody status.
18  I'm respectfully requesting a final disposition for
19  the detainer lodged against me pursuit NRS 178.620
20       Resolution of matter will assist me in achieving
21  the proper rehabilition programs offered at the facility
22  I am currently housed in.
23  Florence McClure Womens Correctional Facility
24       If my request for final disposition isn't honored
25  in Pursuit to Article V, such indictment, information
26  or complaint shall not be of any further force or
27  effect, and the court shall enter an order dismissing
28  the same with prejudice.

                                              1-2

1  Miranda L Williams is asking that the
2  final disposition be honored and relief is
3  given to the detainer.

20  I declare, under the penalty of perjury under the laws of the United States of America, that the above information is accurate, correct and true to the best of my knowledge executed within the terms of NRS 171.102 and NRS 208.165. See 28 U.S.C. 1746 and 18 U.S.C. 1621.

22  Dated this 22 day of August, 20 12

23  In Propria Persona
    Respectfully Submitted By:

24  /s/ Miranda Williams
    Signature                                         108 9559
25                                                    NDOC#

26  Miranda Williams
    Print Name

28  NRS 171.102 (2) Declaration made subject to penalty of perjury.
    NRS 208.165 A prisoner may execute any instrument by signing his name immediately following a declaration "under penalty of perjury" with the same legal effect as if he had acknowledged it or sworn to its truth before a person authorized to administer oaths. As used in this section, "prisoner" means a person confined in any jail or prison, or any facility for the detention of juvenile offenders, in this state.

C-12-278688-1

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| Felony/Gross Misdemeanor | COURT MINUTES | May 24, 2012 |
|---|---|---|

C-12-278688-1    State of Nevada
                 vs
                 Miranda Williams

May 24, 2012      8:30 AM      Sentencing

**HEARD BY:** Bixler, James                  **COURTROOM:** RJC Courtroom 10C

**COURT CLERK:** Theresa Lee

**RECORDER:**

**REPORTER:** Cheryl Gardner

**PARTIES PRESENT:**
Paulson, Ronald S.         Attorney for Deft
Public Defender            Attorney
State of Nevada            Plaintiff
Williams, Miranda Lynn     Defendant present in custody (COC/FED)
Zadrowski, Bernard B.      Attorney for State of Nevada

## JOURNAL ENTRIES

Deft present in custody. Deft informed the Court she has a bed at the Walter Hogan home, but has a Federal hold on her plus $114,000 restitution in the Federal case. Court informed deft she cannot go to the Walter Hogan home until the Federal Government decides what they want to with her. Deft informed the Court she was under a Federal sentence since 2005 when she picked up this case. Mr. Paulson advised the Court he has a letter from deft and requested permission to approach the Bench, COURT SO ORDERED. Court noted, the parties STIPULATED to treat CT 2 as a gross misdemeanor, State retained right to argue, no opposition to concurrent time between the counts. Deft has one prior felony conviction and one prior misdemeanor, one prison term and one jail sentence. Following arguments by counsel, and statement by deft. COURT ORDERED, DEFT WILLIAMS ADJUDGED GUILTY of CT 1 - THEFT (F) and CT 2 - ATTEMPT FORGERY (GM). COURT ORDERED, in addition to the $25.00 Administrative Assessment fee, a $150.00 DNA analysis fee ($150 fee WAIVED if previously assessed and paid), including testing to determine genetic markers, Defendant SENTENCED on CT 1 - to a MAXIMUM of THIRTY (30) MONTHS and a MINIMUM of TWELVE (12) MONTHS in the Nevada Department of Corrections (NDC); CT 2 - Deft SENTENCED to ONE-HUNDRED AND NINETY-SEVEN (197) DAYS in Clark County Detention Center with 197 DAYS

PRINT DATE:    06/01/2012         Page 1 of 2         Minutes Date:    May 24, 2012

C-12-278688-1

credit for time served; CTS 1 & 2 to run CONCURRENT with each other, and CONCURRENT with the Federal case; RESTITUTION $2,325, $1,000 of the $2,325 goes to Chapman Dodge.  BOND, if any, EXONERATED.

NDC (COC/FED)

JYCC 1089659
Miranda Williams 1B 204
4370 Smiley Road
Las Vegas NV 89115

LAS VEGAS NV 890
27 AUG 2012 PM 3 L

Federal District Court
Attn: Court Clerk - Judge Pro
333 Las Vegas Blvd South
Las Vegas NV 89101

891013706S