UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 2:04-CR-00365-PMP-VCF |
| v. | ) ) | |
| MIRANDA WILLIAMS, | ) ) | ORDER |
| Defendant. | ) ) | |

On August 23, 2013, the Court granted Defendant Miranda Williams' Emergency Motion to Suspend a Condition of Supervised Release (Doc. #444), temporarily suspending the requirement that she report for inpatient treatment until the undersigned could conduct a hearing to determine whether to modify the condition. (Order (Doc. #445).)

IT IS ORDERED that the Court will hold a hearing on Defendant Miranda Williams' Motion to Suspend a Condition of Supervised Release (Doc. #444) on Tuesday, September 3, 2013 at 9:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED: August 26, 2013

_____
PHILIP M. PRO
United States District Judge