UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:04-CR-00365-PMP-VCF |
| | ORDER |
| MIRANDA WILLIAMS, | |
| Defendant. | |

Defendant Miranda Williams was sentenced on January 27, 2006, to 13 months imprisonment followed by 3 years supervised release. On October 12, 2012, Williams admitted violating conditions of supervised release, and was sentenced to an additional 7 months imprisonment followed by 18 months of supervised release. Currently before the Court is Defendant Williams' Motion for Early Termination of Supervised Release (Doc. #452), filed August 4, 2014, pursuant to 18 U.S.C. § 3583.

The Government, however, opposes Defendant Williams' Motion based on her conduct while on pretrial release, and supervised release, and further based on her failure to make meaningful restitution payments. (Government's Resp. to Def.'s Mot. for Early Termination of Supervised Release (Doc. #455).) The record of Defendant Williams' conduct chronicled in the Government's Opposition reflects precisely the need for continued supervision of Defendant Williams. Defendant Williams has provided no cognizable basis to warrant early termination.

IT IS THEREFORE ORDERED that Defendant Williams' Motion for Early Termination of Supervised Release (Doc. #452) is DENIED.

DATED: September 2, 2014

_____
PHILIP M. PRO
United States District Judge