UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MIRANDA WILLIAMS,<br><br>        Defendant. | 2:04-CR-00365-PMP-VCF<br><br>ORDER |

Presently before the Court is Defendant Miranda Williams' Motion to Reconsider Order Denying Defendant's Motion for Early Termination of Supervised Release (Doc. #458), filed on September 8, 2014. For the reasons set forth in the Government's Response (Doc. #461),

IT IS ORDERED that Defendant Miranda Williams' Motion to Reconsider Order Denying Motion for Early Termination of Supervised Release (Doc. #458) is hereby DENIED.

DATED: September 19, 2014

_____
PHILIP M. PRO
United States District Judge