UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:04-CR-365-KJD-VCF |
| vs. | ) |
| MIRANDA WILLIAMS | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#170) on February 3, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIBANK
Amount of Restitution: $114,003.17

**Total Amount of Restitution ordered:** $114,003.17\*\*

\*\*Joint and Several with co-defendants

Dated this 14th day of December, 2016.

UNITED STATES DISTRICT JUDGE