FILED ___ ENTERED ___
COUNSEL/PARTIES ___ RECORD

JAN 28 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CR-365-KJD-VCF |
| Plaintiff, | ) | |
| vs. | ) | |
| MIRANDA WILLIAMS | ) | |
| Defendant. | ) | |

## AMENDED CLARIFICATION ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#170) on February 3, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIBANK
Amount of Restitution: $117,703.17

Name of Payee: CAPITAL ONE
Amount of Restitution: $300.00

**Total Amount of Restitution ordered: $114,003.17\*\***

\*\*Joint and Several with co-defendants Hope Graham, Graham Todd and Ligaya Motus

Dated this 28th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE